IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYMOND, NAPOLI DIAMOND, P.C. ANDREW NAPOLI, SCOTT DIAMOND, JACK BERNSTEIN and DAVID BERMAN | : | CIVIL ACTION |
| v. | : | |
| JOHN HAYMOND and THE HAYMOND LAW FIRM, P.C. | : | |
| v. | : | |
| ANDREW NAPOLI, SCOTT DIAMOND, JACK BERNSTEIN, DAVID BERMAN and ROBERT HOCHBERG | : | NO. 02-721 |

**CIVIL JUDGMENT**

Before The Honorable Norma L. Shapiro:

AND NOW, this 21st day of May, 2004, in accordance with jury interrogatories of May 14, 2004, May 18, 2004, and May 21, 2004, respectively, it is **ORDERED** that **CIVIL JUDGMENT** is entered as follows:

As to Plaintiffs' Complaint:

Count I: Judgment is entered in favor of John Haymond and The Haymond Law Firm, P.C. and against Haymond, Napoli Diamond, P.C., Andrew Napoli, Scott Diamond, Jack Bernstein, and David Berman.

Count III: Judgment is entered in favor of John Haymond and The Haymond Law Firm, P.C. and against Scott Diamond, only.

As to Defendants' Counterclaims:

Count I: Judgment is entered in favor of The Haymond Law Firm and against Haymond Napoli Diamond, PA in the amount of One Million, Three Hundred Forty Thousand, Six Hundred Fifty-five Dollars ($1,345,655.00).

Counts II and III: Judgment is entered in favor of John Haymond and against Haymond, Napoli Diamond, P.C., Andrew Napoli, Scott Diamond, Jack Bernstein, David Berman and Robert Hochberg, jointly and severally, in the amount of One Million, Fifty Thousand Dollars ($1,050,000.00).

Count IV: Judgment is entered in favor of John Haymond and The Haymond Law Firm, P.C. and against Robert Hochberg, only, in the amount of Two Hundred Seventy-nine Thousand, Nine Hundred Ninety-nine Dollars and Ninety-nine Cents ($279,999.99).

BY THE COURT:

/s/ Norma L. Shapiro, J.
J.

ATTEST:

Madeline F. Ward, Deputy Clerk